**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00244-CR**
_____

**JAVONDA JOSZELL LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 26-01-01382**

**MEMORANDUM OPINION**

On June 3, 2026, the trial court sentenced Javonda Joszell Lewis in Trial Cause Number 26-01-01382. On June 17, 2026, Lewis filed a notice of appeal. The District Clerk then sent Lewis's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification, signed on June 3, 2026, states that "the defendant has waived the right of appeal."

On June 22, 2026, we notified the parties that we would dismiss the appeal unless the appellant established that the trial court's certification was incorrect. None

of the parties responded to the Court's notice. Because the record lacks a certification that shows Lewis has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 21, 2026
Opinion Delivered July 22, 2026
Do Not Publish

Before Johnson, Wright and Chambers, JJ.